UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHY RYAN,

                Plaintiff,

       -against-

FAY LEOSIS, et al.,

                Defendants.

19-CV-10523 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

    Pursuant to the order issued April 27, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  April 27, 2020
           New York, New York

                                                COLLEEN McMAHON
                                                Chief United States District Judge